EL PUEBLO *v.* DÍAZ ET AL.

APELACIÓN procedente de la Corte de Distrito de Guayama.

MOCIÓN del Fiscal para desestimar la apelación.

No. 434.—Resuelto en octubre 8, 1912.

DERECHO PENAL—DESESTIMACIÓN DE LA APELACIÓN—FECHA DE LA PRESENTACIÓN DEL ESCRITO DE APELACIÓN—PRESUNCIÓN.—Es práctica constante de este tribunal que la fecha que tiene el escrito de apelación es la fecha de su presentación en la secretaría del tribunal sentenciador, a menos que se demuestre claramente lo contrario. Por tanto, cuando en una causa criminal se demuestra *prima facie* que la apelación fué interpuesta en tiempo, este tribunal no desestimará la apelación por no constar en el escrito de apelación la fecha de su presentación en secretaría, a menos que el Fiscal demuestre que este tribunal carece de jurisdicción.

ID.—DESESTIMACIÓN DE LA APELACIÓN—COMPARECENCIA DEL FISCAL.—Cuando después de estar radicada la transcripción de autos en este tribunal, comparece el Fiscal de la misma por medio de cualquier moción que no tenga por objeto pedir la desestimación de la apelación, surge la presunción de que el escrito de apelación fué notificado en debida forma.

Los hechos están expresados en la opinión.

Abogado del promovente: *Sr. Charles E. Foote, Fiscal.*

Abogados de la parte contraria: *Sres. Luis Muñoz Morales, J. Henry Brown, Martín Travieso, Nemesio Canales y Luis Llorens Torres.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta corte en su práctica ha asumido que un documento como un escrito de apelación, cuando está fechado, lleva la fecha verdadera de su presentación, excepto cuando resulta claramente lo contrario. Además, en casos civiles la obligación de probar que la apelación no se ha interpuesto debidamente incumbe al apelado. Por tanto, en una causa criminal donde se demuestra *prima facie* que una apelación ha sido interpuesta dentro del termino correspondiente y cuando el secretario de la corte inferior tiene la obligación de enviar la transcripción de los autos, esta corte no desestimará la apelación a menos que se demuestre por el Fiscal que esta corte en realidad carece de jurisdicción.

En los casos en que el Fiscal comparece ante esta corte después que la transcripción de autos ha sido remitida a esta corte por el secretario de la corte inferior y presenta cualquiera moción con respecto a dicha transcripción que no sea una en que se solicita la desestimación del recurso, se presumirá que el funcionario correspondiente ha sido debidamente notificado de la apelación.

　　　　　　　　　　　　　*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, del Toro y Aldrey.